## ILLGES *et al.* v. EMPIRE MILLS COMPANY.

HILL, J. This case is controlled by the ruling in case of *McKemie* v. *Eady-Baker Grocery Company*, ante, 753.

*Judgment affirmed. All the Justices concur, except Fish, C. J., and Atkinson, J., dissenting.*

No. 237. MAY 1, 1917.

Petition for injunction. Before Judge Howard. Muscogee superior court. February 23, 1917.

*Battle & Hollis* and *T. T. Miller*, for plaintiffs.

*Slade & Swift*, for defendant.